**Order entered May 13, 2019**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-19-00013-CV

**DALLAS CENTRAL APPRAISAL DISTRICT, Appellant**

**V.**

**DART TRANSIT COMPANY, Appellee**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-17-11988**

## ORDER

The Court **REINSTATES** the appeal.

On April 19, 2019, this Court abated this appeal to allow the proceedings in the trial court to effectuate an agreed judgment. The parties notified the Court regarding the trial court's acceptance of the agreed judgment on April 23, 2019, and they have filed a joint motion to dismiss the appeal. The Court will address the parties' joint motion to dismiss in due course.

/s/     LANA MYERS
         JUSTICE